**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. 09-50305 |
| Plaintiff - Appellee, | D.C. No. 2:04-cr-00354-DSF-1 |
| v. | |
| **DANIEL NICHERIE, AKA Seal A**, | **MEMORANDUM**[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Dale S. Fischer, District Judge, Presiding

Submitted August 30, 2010[**]
Pasadena, California

Before: **KOZINSKI**, Chief Judge, **O'SCANNLAIN** and **GOULD**, Circuit Judges.

The district court never issued a ruling on Nicherie's request for the funds

held in the attorney client trust accounts and the bail bond. Until it does, the matter

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

is still pending before the district court and we have no jurisdiction. <u>See</u> 28 U.S.C.

§ 1291 (granting "jurisdiction of appeals from all final decisions of the district

courts"); <u>Jacobsen</u> v. <u>U.S. Postal Serv.</u>, 993 F.2d 649, 662 (9th Cir. 1992).

**DISMISSED.**